UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEJANDRO J. LOPEZ,

    Plaintiff,

v.

LAKE COUNTY JAIL, et al.,

    Defendants.

Case No. 20-cv-05925-YGR (PR)

**ORDER OF DISMISSAL**

This federal civil rights action will be dismissed as duplicative of two other pending actions, *Lopez v. Lake County Jail*, Case No. 20-cv-03120-YGR (PR) and *Lopez v. Findley*, Case No. 20-cv-04431-YGR (PR). The Court will allow Plaintiff to only pursue one action, and thus it will screen the earlier filed action in Case No. 20-cv-03120-YGR (PR), in which Plaintiff has filed an amended complaint alleging similar claims of: (1) sexual harassment stemming from an incident in 2012; and (2) deliberate indifference to Plaintiff's serious medical needs. The allegations and defendants are identical in all three suits with the exception that Plaintiff adds one defendant (Lake County Sherriff's Office)[1] in the instant suit. If Plaintiff wishes to pursue claims against Defendant Lake County Sheriff's Office, he must file a second amended complaint in Case No. 20-cv-03120-YGR (PR) containing such claims. For the foregoing reasons, the complaint in the instant action is DISMISSED as duplicative. Plaintiff's motion for leave to proceed *in forma pauperis* will be granted in a separate written Order. Dkt. 2.

The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: January 15, 2021

                                            JUDGE YVONNE GONZALEZ ROGERS
                                            United States District Judge

---

[1] The Court notes that Plaintiff had listed this Defendant when he filed his original complaint in Case No. 20-cv-03120-YGR (PR), but he no longer lists it as a named Defendant in his amended complaint in that case. *Compare* Dkt. 10 in Case No. 20-cv-03120-YGR (PR) with Dkt. 1 in Case No. 20-cv-03120-YGR (PR).