1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    ALEJANDRO J. LOPEZ,                        Case No.  20-cv-05925-YGR (PR)

            Plaintiff,
8                                               **JUDGMENT**

        v.
9
     LAKE COUNTY JAIL, et al.,
10
            Defendants.
11

12          For the reasons set forth in this Court's Order of Dismissal,

13          IT IS ORDERED AND ADJUDGED

14          That Plaintiff take nothing, that the action be dismissed in accordance with the Court's

15   Order, and that each party bear its own costs of action.

16   Dated:  January 15, 2021

17

18                                        JUDGE YVONNE GONZALEZ ROGERS
                                          United States District Judge
19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California